UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER<br>LOWER MANHATTAN DISASTER<br>SITE LITIGATION | 21MC102(AKH) |
| MARTIZA VICTORIA, (AND HUSBAND, GILBERTO HERNANDEZ), | 08CV4943(AKH)<br>**NOTICE OF APPEARANCE** |
| Plaintiff(s), | |
| -against- | |
| 80 LAFAYETTE ASSOCIATES LLC, et al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants **CENTURY 21, INC** and **BLUE MILLENNIUM REALTY LLC** in the above-captioned action and all future correspondence and papers filed or serviced in connection with the above-captioned action are to be directed to the undersigned.

Dated:   New York, New York
         August 10, 2008

                                                Yours etc.,

                                                HARRIS BEACH PLLC
*Attorneys for Defendant*
**CENTURY 21, INC., BLUE MILLENNIUM REALTY LLC**

                                                _____/s/_____
Stanley Goos, Esq. (SG-7062)
100 Wall Street
New York, NY  10005
212 687-0100
212 687-0659 (Fax)

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on August 10, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Century 21, Inc. and Blue Millennium's Notice of Appearance

Dated: August 10, 2008

_____/s/_____
Stanley Goos, Esq. (SG 7062)